# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

BRAYLON ANTWONIE SISK                                PLAINTIFF

v.                      No. 4:20-cv-1121-DPM-JTR

PULASKI COUNTY REGIONAL DETENTION
FACILITY; ERIC S. HIGGINS, Sheriff, Pulaski
County Regional Detention Facility; HENDRICKS,
Chief, Pulaski County Regional Detention Facility;
and BRIGGS, Major, Pulaski County Regional
Detention Facility                                   DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Ray's unopposed partial recommendation, *Doc. 4*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Sisk may proceed with his claims against Sheriff Higgins, Chief Hendricks, and Major Briggs, in their individual and official capacities. The Court orders service of Sisk's complaint on these defendants. Sisk's claim against the Pulaski County Regional Detention Facility is dismissed with prejudice.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 October 2020