IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRAYLON ANTWONIE SISK**                                        **PLAINTIFF**

v.                           No: 4:20-cv-1121-DPM-JTR

**ERIC S. HIGGINS, Sheriff, Pulaski
County Regional Detention Facility;
CHARLES HENDRICKS, Chief, Pulaski
County Detention Facility; and BRIGGS
Major, Pulaski County Regional
Detention Facility**                                                     **DEFENDANTS**

## ORDER

Unopposed motion, *Doc. 23,* granted. Sisk's claims against Higgins and Hendricks are dismissed without prejudice.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

9 June 2021