# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BRAYLON ANTWONIE SISK**  PLAINTIFF

v.  No. 4:20-cv-1121-DPM-JTR

**BRIGGS, Major, Pulaski County Regional Detention Facility**  DEFENDANT

## ORDER

The Court adopts Magistrate Judge Ray's unopposed partial recommendation, *Doc. 36*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 26*, granted in part and denied in part. Sisk's First Amendment retaliation and Fourteenth Amendment due process claims against Briggs go forward. Sisk has not alleged adequately that he has standing to challenge Pulaski County Regional Detention Facility's new speech policy, so that claim is dismissed without prejudice. *Zanders v. Swanson*, 573 F.3d 591, 594 (8th Cir. 2009). The Court expresses no opinion on the constitutionality of the new policy. *Compare United States v. Alvarez*, 567 U.S. 709 (2012).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 March 2022