IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRANDON ANTWONIE SISK                                        PLAINTIFF

v.                      No. 4:20-cv-1121-DPM

PULASKI COUNTY REGIONAL DETENTION
FACILITY; ERIC S. HIGGINS, Sheriff,
Pulaski County Regional Detention Facility;
CHARLES HENDRICKS, Chief, Pulaski
County Regional Detention Facility; and
MATTHEW BRIGGS, Major, Pulaski County
Regional Detention Facility                                  DEFENDANTS

## JUDGMENT

Sisk's complaint as supplemented is dismissed with prejudice. The Court retains jurisdiction until 7 April 2023 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

2 March 2023